387 A.2d 123

Rivera Appeal.

Argued December 14, 1977.   Judy F. Berkman and Peter J. Pinnola, for appellants;  Joyce Ullman, for appellees, Redo and Hefner;  Alice Tuohy O'Shea, for appellee, Baby Girl Sayers.

Order affirmed.

387 A.2d 123

Roache, et al., Appellants, v. Aquarius Enterprises, Inc., et al.

Argued December 13, 1977.   Richard J. Burns, with him Robert G. Edinger, for appellants;  James E. McErlane, for appellees.

Order affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.